UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
MAY -7 2015
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                    INDICTMENT NO. 5:15-CR-35-KKC

JAMIE GRUBB,
EDDIE L. SPIVEY, and
TERRY KILGORE

* * * * *

THE GRAND JURY CHARGES:

## COUNT 1
### 21 U.S.C. § 846

On or about October 1, 2014, and continuing through February 9, 2015, in Madison County, in the Eastern District of Kentucky, and elsewhere,

**JAMIE GRUBB,**
**EDDIE L. SPIVEY**
**TERRY KILGORE,**

and others, did conspire to knowingly and intentionally distribute oxycodone, a Schedule II controlled substance, a violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about February 3, 2015, in Madison County, in the Eastern District of Kentucky,

FILED AND CERTIFIED
ROBERT R. CARR, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
Date: 6/12/2018
By: Susan Conner
Deputy Clerk

**JAMIE GRUBB**

did knowingly and intentionally possess with intent to distribute oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 3
### 21 U.S.C. § 841(a)(1)

On or about February 9, 2015, in Fayette County, in the Eastern District of Kentucky,

**EDDIE L. SPIVEY and
TERRY KILGORE**

did knowingly and intentionally possess with intent to distribute oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 4
### 21 U.S.C. § 841(a)(1)

On or about February 9, 2015, in Fayette County, in the Eastern District of Kentucky,

**EDDIE L. SPIVEY**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 5
### 18 U.S.C. § 922(g)(2)

On or about February 9, 2015, in Fayette County, in the Eastern District of Kentucky,

## EDDIE L. SPIVEY,

having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce firearms, that is, a 380 Cobra pistol, serial number 05533 and a Taurus 9 mm pistol, serial number TFS39039, all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION
## 21 U.S.C. § 853

In committing the offenses alleged in Counts 1 and 2 of this Indictment, the same being punishable by imprisonment for more than one year, the above listed defendants used and intended to use the below-described property to commit and to facilitate the commission of the said controlled substance violation, and the below-described property constitutes proceeds obtained directly and indirectly as a result of the commission of the aforesaid violations of 21 U.S.C. §§ 846 and 841(a)(1), including, but not limited to, the following:

### REAL PROPERTY:

Being known as 2895 Lexington Road, Richmond, Madison County, Kentucky and being the same property in the name of Gary L. Grubb, recorded in Deed Book 466, page 453, Madison County Clerk's Office. See also, Will of Gary L. Grubb, Will Book 63, page 503.

### CURRENCY:

$15,057.00 in United States currency,
$14,466.00 in United States currency, and
$1,501.00 in United States currency.

### FIREARMS:

a) 380 Cobra pistol, serial number 05533 and

b) Taurus 9 mm pistol, serial number TFS39039.

By virtue of the commission of the felony offenses charged in this Indictment, any and all interest the defendants have in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853.

A TRUE BILL

_____
F(

_____
**KERRY B. HARVEY**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1 - 4:**   Not more than 20 years imprisonment, $1,000,000 fine, and 3 years supervised release.

**If prior conviction:** Not more than 30 years imprisonment, $2,000,000 fine, and at least 6 years supervised release.

**COUNT 5:**   Not more than 10 years imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:**   Forfeiture

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.